IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

                                    Criminal No. 7:23-CR- 242(ATB)
                                    Vio:    32 CFR § 634.25
                                    NYVTL § 1212; 18 USC § 7, 13
                                    NYPL § 270.25

CHRISTOPHER SANTANA,
                   Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about May 06, 2023, in the Northern District of New York, within the

special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New

York, the Defendant

### CHRISTOPHER SANTANA

did operate a motor vehicle in a reckless manner which unreasonably interfered with the

free and proper use of the public highway and unreasonably endangered users of the

public highway.

All in violation of Title 32, Code of Federal Regulations, Section 634.25 and New

York State Vehicle and Traffic Law § 1212, Reckless Driving.

## COUNT II

On or about May 06, 2023, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

## CHRISTOPHER SANTANA

did know that he had been directed to stop his motor vehicle by a marked police vehicle by the activation of either the lights or the lights and siren of such vehicle, he thereafter attempted to flee such vehicle by engaging in reckless driving as defined by section twelve hundred twelve of the vehicle and traffic law.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Penal Law § 270.25, Unlawful Fleeing a Police Officer in the Third Degree.

CARLA FREEDMAN
United States Attorney

By: _____
KYLE C. SHORT
Special Assistant U.S. Attorney